UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DEJEAN,<br><br>          Plaintiff,<br><br>    v.<br><br>JIMMY PROKOPOS, et al.,<br><br>          Defendants. | Case No. 25-cv-10412-AMO<br><br>**ORDER TO SHOW CAUSE** |

On December 11, 2025, Defendants Jimmy Prokopos and SMG, erroneously sued as ASM Global Management Group, filed a motion to dismiss the above-captioned case. To date, Plaintiff Miguel E. Dejean, who proceeds without the assistance of an attorney, has not filed an opposition to the motion, and the time for doing so has passed. Accordingly, the Court **ORDERS** Dejean to show cause why this action should not be dismissed for failure to prosecute. By no later than **February 11, 2026**, Dejean shall file (1) a response to this Order to Show Cause explaining why this case should not be dismissed for failure to prosecute and (2) either (a) an opposition to the motion to dismiss or (b) a statement of non-opposition to motion. Failure to file both documents by **February 11, 2026** will result in dismissal of this action without prejudice and without further notice. The motion hearing currently set for April 16, 2026 is **VACATED**.

///
///
///
///
///
///

1    To aid in his compliance with this order, Dejean may wish to contact the Federal Pro Bono
2    Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make an
3    appointment to obtain legal assistance from a licensed attorney.  More information about the
4    program is available online at the Court's website < https://cand.uscourts.gov/representing-
5    yourself/jdc-legal-help-center-san-francisco-oakland-courthouses >.

**IT IS SO ORDERED.**

Dated: January 14, 2026

                                                                          _____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**